IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOY MM DELAWARE, INC., a Delaware )
Corporation, and JOY TECHNOLOGIES INC., )
a Delaware Corporation )
)
                              Plaintiffs, )
v.                                      )          Case No. 2:06CV262
)
SANDVIK AB, a Swedish Corporation )
)
                              Defendant. )

## PROPOSED ORDER

Upon consideration of Defendant Sandvik AB's Unopposed Motion to Substitute
Sandvik Mining and Construction USA, LLC for Sandvik AB as Defendant, it is this __17th__
day of _____, 2006:

ORDERED that the Defendant's Unopposed Motion to Substitute Sandvik Mining and
Construction USA, LLC for Sandvik AB as Defendant is GRANTED.

Dated: __11/17/06__          _____
                              UNITED STATES DISTRICT JUDGE